☒ FILED  ☐ LODGED

**Oct 08 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID R. ZIPPS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.zipps@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Anthony Joseph Evans,<br><br>  Defendant. | CR-24-06868-TUC-RM(EJM)<br><br>I-N-F-O-R-M-A-T-I-O-N<br><br>Violation:<br><br>18 U.S.C. § 654 (Felony) |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about January 3, 2022, in the District of Arizona, defendant Anthony Joseph Evans, being an officer or employee with the United States Secret Service, a department or agency of the United States, knowingly and willfully embezzled and converted to his own use approximately $56,000 in cryptocurrency owned by N.M. that came into his possession or under his control in the execution of his office or employment with the Secret Service, and did so with the intention of depriving the owner of the use or benefit of the cryptocurrency, in violation of 18 U.S.C. § 654.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ David R. Zipps*

DAVID R. ZIPPS
Assistant U.S. Attorney